UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOGINEXT SOLUTIONS, INC.,<br><br>Defendant. | Case No. 21-cv-06893-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 15 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: October 19, 2021

_____
WILLIAM H. ORRICK
United States District Judge